George M. Banres
State Bar No. 01767100
115 West 7th Street, Suite 1310
Fort Worth, TX 76102
(817) 390-0065 (Phone)
(817) 390-0075 (Fax)
GRISHAM & BARNES, P.C.
ATTORNEY FOR DEBTOR(S)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.: 09-45340-RFN |
| **Guillermo Castillo** § | | |
| and § | | |
| **Maria Delgado Castillo,** § | | |
| § | | |
| Debtor(s) § | | |

### AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF TARRANT §

BEFORE ME, the undersigned authorities, on this day appeared the undersigned, **Guillermo Castillo**, Debtor in this proceeding, who after being duly sworn stated:

I.

I am the undersigned and the named Debtor in this Affidavit. I am over the age of eighteen (18) years of age and of sound mind, capable of making this affidavit, and am fully competent to testify to the matters stated therein.

II.

On or about May 19, 2010, I entered into an Agreed Order with Wells Fargo Financial. At that time I was employed with John Deere and had full intentions in completing my duties under this Agreed Order.

Shortly after entering into the Agreed Order, due to the downturn in the economy I was laid off with other employees. I started receiving unemployment benefits about a month after I

EXHIBIT
A

was laid off. Under unemployment benefits I was receiving 29 % of my weekly pay and could not keep current under the Agreed Order with my mortgage company.

On or about January 30, 2011, I started working for Ram Tool & Supply Company as evident in my amended schedule I filed with this court. I can now pay my monthly mortgage payments with Wells Fargo Financial and stay current.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this the _21_ day of _FEBRUARY_, 2011.

_____
**Guillermo Castillo, Debtor**


Sworn to before me by the said **Guillermo Castillo** on this the _21st_ day of _February_, 2011.

SHANNA MARIE DINKINS
Notary Public, State of Texas
My Commission Expires
April 25, 2012

_____
Notary Public in and for the State of Texas