George M. Barnes
State Bar No. 01767100
115 West 7th Street, Suite 1310
Fort Worth, Texas 76102
(817) 390-0065 (Phone)
(817) 390-0075 (Fax)
GRISHAM & BARNES, P.C.
ATTORNEY FOR DEBTOR(S)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO.: 09-45340-RFN | |
| GUILLERMO CASTILLO § | | |
| and § | CHAPTER 13 | |
| MARIA DELGADO CASTILLO, § | | |
| Wells Fargo Financial TX, Inc. § | | |
| MOVANT § | | |
| § | | |
| vs § | HEARING DATE ON MOTION: | |
| § | | |
| GUILLERMO CASTILLO § | | |
| and MARIA DELGADO CASTILLO; § | March 16, 2011 at 1:30 pm | |
| TIM TRUMAN, TRUSTEE, § | | |
| RESPONDENTS. § | | |

## NOTICE OF HEARING ON - DEBTORS' MOTION FOR RECONSIDERATION OF MOTION FOR RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE TO SET ASIDE NOTICE OF TERMINATION OF STAY

**TO ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE**, that a hearing on the Motion for Reconsideration filed by the Debtors is scheduled to be heard on **March 16, 2011 at 1:30 pm** in front of the Honorable Judge Russell F Nelms located at 501 W. 10th Street, Fort Worth, Texas 76102.

Creditors are not required to attend this hearing unless there is opposition to this Motion.

Respectfully submitted,

                                        /s/ George M. Barnes
                                        **George M. Barnes**
                                        **State Bar No. 01767100**
                                        **115 West 7th Street, Suite 1310**
                                        **Fort Worth, Texas 76102**
                                        **(817) 390-0065 (Phone)**
                                        **(817) 390-0075 (Fax)**
                                        **GRISHAM & BARNES, P.C.**
                                        **ATTORNEY FOR DEBTOR(S)**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties-in-interest via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the Motion on February 21, 2011.


                                        /s/ George M. Barnes
                                        **George M. Barnes**